UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWNTA AIKEN,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>   Defendants. | Civil Action No. 20-2091 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 22, 2021, Plaintiff Shawnta Aiken and Defendants Federal Bureau of Prisons ("BOP") and Madonna Carver, in her official capacity as Warden, Federal Prison Camp Alderson ("FPC Alderson") (jointly, the "Federal Defendants"), respectfully submit this Joint Status Report.

This case involves Plaintiff's claims under the U.S. Constitution, the Federal Tort Claims Act, 28 U.S.C. § 2674, and various state law tort theories based on injuries allegedly sustained during her incarceration at FPC Alderson between approximately January 2017 and October 2017. ECF No. 2. On April 22, 2021, the Court granted the parties' joint motion to refer this case to mediation, stayed the action until June 16, 2021, and directed the parties to submit a Joint Status Report on that date advising whether the referral to mediation should be extended or proposing a schedule for further proceedings in this matter.

On or before June 15, 2021, the parties submitted confidential mediation statements to the mediator. The mediator has scheduled a mediation session for June 24, 2021.

Accordingly, the parties respectfully request that the Court extend the referral to mediation until July 2, 2021, and direct the parties to submit a further Joint Status Report on that date.

Dated: June 16, 2021

Respectfully submitted,

HANSEL LAW, PC

/s/ *Cary J. Hansel*
Cary J. Hansel (Bar No. 14722)
2514 N. Charles Street
Baltimore, Maryland  21218
Telephone: (301) 461-1040
Facsimile: (443) 451-8606
cary@hansellaw.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for the Federal Defendants*