UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWNTA AIKEN, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 20-2091 (BAH) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
|     Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 16, 2021, Plaintiff Shawnta Aiken and Defendants Federal Bureau of Prisons ("BOP") and Madonna Carver, in her official capacity as Warden, Federal Prison Camp Alderson ("FPC Alderson") (jointly, the "Federal Defendants"), respectfully submit this Joint Status Report.

On April 22, 2021, the Court granted the parties' joint motion to refer this case to mediation and stayed the action until June 16, 2021. The Court subsequently extended the stay until July 2, 2021, and directed the parties to submit a Joint Status Report on that date advising whether the referral to mediation should be extended or proposing a schedule for further proceedings in this matter.

The parties report that, on July 1, 2021, they reached a settlement in principle. The parties intend to prepare a written agreement next week and the Federal Defendants will request management approval for the settlement. Accordingly, the parties respectfully request that the Court stay this action until August 20, 2021, and direct the parties to submit a further Joint Status Report on that date, unless the case is dismissed before then.

Dated: July 2, 2021

Respectfully submitted,

HANSEL LAW, PC

      /s/ *Cary J. Hansel*
Cary J. Hansel (Bar No. 14722)
2514 N. Charles Street
Baltimore, Maryland  21218
Telephone: (301) 461-1040
Facsimile: (443) 451-8606
cary@hansellaw.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

      /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for the Federal Defendants*