UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWNTA AIKEN, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 20-2091 (BAH) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
|        Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff Shawnta Aiken, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice. Each party shall bear its, his or her own fees and costs

Dated:  August 20, 2021

Respectfully submitted,

HANSEL LAW, PC
    /s/ *Cary J. Hansel*
Cary J. Hansel (Bar No. 14722)
2514 N. Charles Street
Baltimore, Maryland  21218
Telephone: (301) 461-1040
Facsimile: (443) 451-8606
cary@hansellaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was electronically filed and served on all counsel of record, to include: Paul Cirino, Esquire, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530; Phone: (202) 252-2529; Fax: (202) 252-2599; email: paul.cirino@usdoj.gov.

    /s/ *Cary J. Hansel*
Cary J. Hansel (Bar No. 14722)